Motion granted. So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR417 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| BOBBY FENCH, | ) | EXHIBITS FOR GOVERNMENT'S |
| | ) | SENTENCING MEMORANDUM UNDER |
| Defendant. | ) | SEAL |

Now comes the United States of America, by and through its counsel, David M. Toepfer, United States Attorney, and Dexter L. Phillips, Assistant United States Attorney, and respectfully requests this Court grant the government permission to file Government's Exhibits 1 and 2 as to its Sentencing Memorandum (Doc. 34) under seal. The exhibit contains sensitive information that should not be available for public review.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ *Dexter L. Phillips*
Dexter L. Phillips
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Dexter.Phillips@usdoj.gov